**Order entered July 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00677-CV

### IN RE VINCENT PASCO, Relator

**Original Proceeding from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-12-59001**

## ORDER
Before Justices Bridges, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.


        /s/     LANA MYERS
                JUSTICE